JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, Respondent, v FREDERICK W. BUTLER, Appellant, et al., Defendants.

Submitted December 7, 2015; decided January 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JUAN P., a Person Alleged to be a Juvenile Delinquent, Appellant.

Decided January 14, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Concur: Acting Chief Judge PIGOTT and Judges ABDUS-SALAAM, STEIN and FAHEY. Judge RIVERA dissents and votes to retain jurisdiction.

In the Matter of MARK K. McDERMOTT, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted November 9, 2015; decided January 14, 2016

Motion for poor person relief granted.